**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7433**

———————

SAMUEL A. WILDER,

                                Plaintiff - Appellant,

        versus

L. MCGILL, Lieutenant; CHARLESTON COUNTY DE-
TENTION CENTER; PRISON HEALTH SERVICES; PAM
CLADWELL; DOCTOR HARTNETT,

                                Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg. Margaret B. Seymour, District Judge.
(CA-98-2642-5, CA-98-2644-5, CA-99-781-5)

———————

Submitted:  January 13, 2000        Decided:  January 20, 2000

———————

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Samuel A. Wilder, Appellant Pro Se.  Sandra Jane Senn, Charleston,
South Carolina; Andrew Steven Halio, HALIO & HALIO, Charleston,
South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Samuel A. Wilder appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Wilder v. McGill, Nos. CA-98-2642-5; CA-98-2644-5; CA-99-781-5 (D.S.C. Sept. 22, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on September 20, 1999, the district court's records show that it was entered on the docket sheet on September 22, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).